| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1( b)<br><br>Brian C. Nicholas<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>JPMorgan Chase Bank, National Association |
| In Re:<br>    Ondar, Albert Ondar, Patricia |

Order Filed on October 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:     14-22327 CMG

Hearing Date: October 18, 2017

Chapter: 13

Judge: Christine M. Gravelle

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

DATED: October 18, 2017

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>JPMorgan Chase Bank, National Association</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☐ Real Property More Fully Described as:

    Land and premises commonly known as Lot , Block ,

- ☒ Personal Property More Fully Describes as: **JM3KE4CYXE0351337 2014 Mazda CX-5,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*